# HARRIS BEACH PLLC

ATTORNEYS AT LAW

445 HAMILTON AVENUE, SUITE 1206
WHITE PLAINS, NY 10601
(914) 683-1200

**DARIUS P. CHAFIZADEH**
PARTNER
DIRECT:   (914) 683-1212
FAX:      (914) 683-1210
DCHAFIZADEH@HARRISBEACH.COM

June 30, 2022

**Via SDNY ECF**

Hon. Philip M. Halpern
United States District Court, Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

> **Re:  Santander Consumer USA, Inc., et ano. v. City of Yonkers, et al.**
> **SDNY Civ. Case No. 21-cv-10715 (PMH)**

Dear Judge Halpern:

This firm represents the City of Yonkers (the "City") in the above-referenced action.  We write to respectfully request an adjournment of the in-person status conference the Court has scheduled for this matter on August 16, 2022.  *See* Dkt. Minute Entry dated June 15, 2022.  I had a previously-scheduled vacation for that week and did not have my calendar in Court at the time of the scheduling of that conference date.  I have conferred with Plaintiffs' counsel, Mr. Duston, and both he and I are available for a conference on the following dates, if any of those days are also agreeable to the Court: **9/6-8, 9/12-15, or 9/20-22**.

Thank you very much for the Court's time and consideration of this request.

VERY TRULY YOURS,

**HARRIS BEACH PLLC**
/S/ *Darius P. Chafizadeh*
DARIUS P. CHAFIZADEH

**BLANCHARD & WILSON, LLP**

DENNIS E. A. LYNCH

---

Application granted.

The conference scheduled to proceed on August 16, 2022 is adjourned. The conference will now be held in-person, in Courtroom 520 of the White Plains Courthouse, at 09:30 a.m. on October 5, 2022. All other deadlines remain unchanged.

The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 37.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        July 1, 2022