

> Application granted.
>
> The time to file a Second Amended Complaint is extended to and including October 14, 2022.
>
> The conference scheduled for October 5, 2022 is adjourned. That conference shall now proceed in-person, in Courtroom 520 of the White Plains Courthouse, at 12:00 p.m. on October 24, 2022.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 39.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         August 10, 2022

August [ ], 2022

**Via ECF**
Hon. Philip M. Halpern
U.S. District Court Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    Santander Consumer USA, Inc., et al.  v. The City of Yonkers, et al.
            Case No. 21-cv-10715 (PMH)

Dear Judge Halpern:

      This firm represents plaintiffs Santander Consumer USA, Inc. and CCAP Auto Lease Ltd. ("Plaintiffs") and I write to provide a joint letter on behalf of Plaintiffs and defendant The City of Yonkers ("Yonkers")[1] to request an adjournment and extension of the August 15, 2022 deadline for Plaintiffs to file their Second Amended Complaint that was scheduled by Your Honor at the Pre-Motion Conference held on June 15, 2022.

      Plaintiffs and Yonkers respectfully request a 60-day extension of Plaintiffs' deadline to file its Second Amended Complaint to October 14, 2022. Plaintiffs and Yonkers have engaged in, and continue to engage in, discussions relating to amending Yonkers' ordinance at issue in the instant litigation. Last month, Plaintiffs provided Yonkers with an extensive proposal, including legal reasoning therefor, detailing Plaintiffs' view on the requisite contents of any new ordinance to addresses the legal issues raised in this case. Yonkers has justifiably taken its time to review and analyze the new ordinance proposed by Plaintiffs, and expects to respond to Plaintiff shortly.

      Plaintiffs and Yonkers believe the requested extension would enhance the prospects of settlement and allow the parties to focus on settlement efforts rather than the litigation.

---

[1] As noted on the record, the defaulted defendants have reached an agreement in principle with Plaintiff to be effectuated through a forthcoming dismissal.



BRIDGEWATER, NJ  |  NEW YORK, NY  |  ALLENTOWN, PA

WWW.NORRISMCLAUGHLIN.COM

**Norris McLaughlin, P.A.**

August 9, 2022
Page 2

      We thank the Court for its time and consideration of this matter.

      Respectfully Submitted,

      **Norris McLaughlin, P.A.**

      By: _/s/ Nicholas Duston_
      Nicholas Duston